UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NATIONAL FOOTBALL LEAGUE;<br>NFL PROPERTIES LLC<br><br>               Plaintiffs<br>       v.<br><br>MOMO LEE D/B/A NFLNFL.US; GAO SHUN D/B/A<br>NFLMONSTERSHOP.COM; GUO WEIMEI D/B/A<br>007NFLJERSEYS.COM; DAVID LEE D/B/A<br>NFLJERSEYS-B2C.COM; JERSEYSWWW.COM<br>D/B/A JERSEYSWWW@GMAIL.COM; STEVVF<br>CRKDC D/B/A<br>BALTIMORERAVENSJERSEYSSTORE.COM;<br>NFLJERSEYSFUN.COM D/B/A<br>PETERYOUNG19741@HOTMAIL.COM;<br>NFLJERSEYSOUTLET.BIZ D/B/A<br>LOVESHOPPING4YOU@GMAIL.COM;<br>OFFICIALOAKLANDRAIDERSSHOP.COM D/B/A<br>EASTERNSPORTMALL@HOTMAIL.COM; NIKHIL<br>SHARMA D/B/A<br>CHEAPWHOLESALEWINDOWS.COM;<br>JERSEYS4.ZENCART-PT.COM D/B/A<br>JERSEYS@HOTMAIL.COM; KYLEE MOLITOR<br>D/B/A WHOLESALEJERSEYSCHINA.US;<br>NFL1ST.COM D/B/A WUZHO58@GMAIL.COM; CAI<br>LI MING D/B/A NFLJERSEYSCHINACHEAP.ORG;<br>WANGXIANGSHENG D/B/A<br>CNBRANDSHOP.COM;<br>XU JIN FU D/B/A GRADE-A-JERSEY.COM; LI<br>YONG D/B/A JERSEYSSITE4U.COM; YANGXIU<br>D/B/A CHEAPHOCKEYNFLJERSEYS.COM;<br>SHANNON BENNETT D/B/A<br>DISCOUNTJERSEYWHOLESALE.COM;<br>JIANCHENG WU D/B/A SEARCHJERSEYS.COM;<br>ZHOUXIAOLING D/B/A<br>BEARSJERSEYMART.COM; ERTGDFG DFGDGF<br>D/B/A BMWJERSEYS.COM; XU LIQING D/B/A<br>STEELERSJERSEYPROSHOP.COM;<br>EXCELLENTSTORE11 D/B/A<br>SANGSUN915@GMAIL.COM; WANGWANGNICE<br>D/B/A HOUSEFZ@GMAIL.COM; | Case No: 11-Civ.-8911 (PKC)<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2-17-12 |

WALLETSEARCH168 D/B/A
WALLETSEARCH@GMAIL.COM;
FENGZHONGDIANYAN D/B/A
SEEDSWS@HOTMAIL.COM; COCOYOYO789
D/B/A COCOYOYO789@HOTMAIL.COM;
MARY16889 D/B/A MACYB369@YAHOO.COM.CN;
SHANGHAI20111 D/B/A MM_ZZ68@YAHOO.CN;
JERSEY99 D/B/A BAIYUNTOP@HOTMAIL.COM;
BESTARTRADE D/B/A MMMMNICK@163.COM;
KEXIBUSSHINI2010 D/B/A
YOUAREMINE_3000@YAHOO.COM.CN; XYZ
COMPANIES; JOHN and JANE DOES

Defendants.

**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER**

This action having been commenced by Plaintiffs THE NATIONAL FOOTBALL LEAGUE and

NFL PROPERTIES LLC (collectively, "NFL" or "Plaintiffs") against Defendants MOMO LEE

D/B/A NFLNFL.US; GAO SHUN D/B/A NFLMONSTERSHOP.COM; GUO WEIMEI D/B/A

007NFLJERSEYS.COM; DAVID LEE D/B/A NFLJERSEYS-B2C.COM;

JERSEYSWWW.COM D/B/A JERSEYSWWW@GMAIL.COM; STEVVF CRKDC D/B/A

BALTIMORERAVENSJERSEYSSTORE.COM; NFLJERSEYSFUN.COM D/B/A

PETERYOUNG19741@HOTMAIL.COM; NFLJERSEYSOUTLET.BIZ D/B/A

LOVESHOPPING4YOU@GMAIL.COM; OFFICIALOAKLANDRAIDERSSHOP.COM D/B/A

EASTERNSPORTMALL@HOTMAIL.COM; NIKHIL SHARMA D/B/A

CHEAPWHOLESALEWINDOWS.COM; JERSEYS4.ZENCART-PT.COM D/B/A

JERSEYS@HOTMAIL.COM; KYLEE MOLITOR D/B/A WHOLESALEJERSEYSCHINA.US;

NFL1ST.COM D/B/A WUZHO58@GMAIL.COM; CAI LI MING D/B/A

NFLJERSEYSCHINACHEAP.ORG; WANGXIANGSHENG D/B/A CNBRANDSHOP.COM;

2

XU JIN FU D/B/A GRADE-A-JERSEY.COM; LI YONG D/B/A JERSEYSSITE4U.COM;

YANGXIU D/B/A CHEAPHOCKEYNFLJERSEYS.COM; SHANNON BENNETT D/B/A

DISCOUNTJERSEYWHOLESALE.COM; JIANCHENG WU D/B/A SEARCHJERSEYS.COM;

ZHOUXIAOLING D/B/A BEARSJERSEYMART.COM: ERTGDFG DFGDGF D/B/A

BMWJERSEYS.COM; XU LIQING D/B/A STEELERSJERSEYPROSHOP.COM;

EXCELLENTSTORE11 D/B/A SANGSUN915@GMAIL.COM; WANGWANGNICE D/B/A

HOUSEFZ@GMAIL.COM; WALLETSEARCH168 D/B/A

WALLETSEARCH@GMAIL.COM; FENGZHONGDIANYAN D/B/A

SEEDSWS@HOTMAIL.COM; COCOYOYO789 D/B/A COCOYOYO789@HOTMAIL.COM;

MARY16889 D/B/A MACYB369@YAHOO.COM.CN; SHANGHAI20111 D/B/A

MM_ZZ68@YAHOO.CN; JERSEY99 D/B/A BAIYUNTOP@HOTMAIL.COM;

BESTARTRADE D/B/A MMMMNICK@163.COM; and KEXIBUSSHINI2010 D/B/A

YOUAREMINE_3000@YAHOO.COM.CN (collectively "Defendants") for a Temporary

Restraining Order, Order to Disable Certain Web Sites, Asset Restraining Order, Expedited

Discovery Order and Order to Show Cause for Preliminary Injunction (collectively, the

"Temporary Restraining Order") pursuant to Federal Rule of Civil Procedure 65 and the

Trademark Act of 1946, 15 U.S.C. §§ 1051, *et seq.*, as amended by the Trademark Counterfeiting

Act of 1984, Public Law 98-473 (October 12, 1984), the Anticybersquatting Consumer Protection

Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for

Intellectual Property Act of 2007, H.R. 4279 (October 13, 2008) (the "Lanham Act") for the

reason that Defendants are distributing, offering for sale and/or selling, via the Internet, goods

bearing counterfeit reproductions of the NFL's federally registered trademarks, as listed in the

NFL's Complaint and incorporated herein by reference, which trademarks (collectively, the "NFL

Marks") are owned and controlled by the NFL and used in connection with products listed in the NFL's Complaint and incorporated herein by reference (collectively, the "NFL Products"); and the Court, having reviewed the Complaint, Memorandum of Law in support of the Temporary Restraining Order, and supporting declarations and exhibits, issued such a Temporary Restraining Order on December 7, 2011 and subsequently on December 14, 2011 issued a Preliminary Injunction Order ("Preliminary Injunction"); and

Defendants having each been properly served with the Temporary Restraining Order, Complaint, Summons and supporting papers, including notice of the show cause hearing held on December 14, 2011 at 2:30 p.m. in Courtroom 12C in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, and

Defendants having each been properly served with the Preliminary Injunction; and

None of the Defendants having appeared at the show cause hearing, filed a response to the NFL's moving papers or otherwise appeared in this action; and

The Clerk of Court having entered a default against each Defendant on January 26, 2012; and

The NFL having moved for final default judgment under Fed. R. Civ. P. 55(b) and the NFL having shown, *inter alia,* the following:

1.  The NFL owns all right, title and interest in and to the NFL Marks in connection with the NFL Products and the NFL Marks are valid and protectable and entitled to protection; and

2.   Defendants are manufacturing, distributing, offering for sale and/or selling counterfeit products -- including, *inter alia*, football jerseys, headwear, collectibles, other apparel and/or other merchandise -- bearing counterfeits of the NFL Marks ("Counterfeit Products") to buyers in the United States, including in this Judicial District; and

4

3.   Defendants are selling Counterfeit Products by operating a network of web sites ("Defendants' Infringing Web Sites") resolving at various domain names set forth in **Exhibit 1** attached hereto, including, without limitation, domain names containing the NFL Marks or the trademarks of the thirty-two (32) Member Clubs that make up the National Football League (the "Member Clubs' Marks") (the "Infringing Domain Names"); and

4.   Defendants have gone to great lengths to conceal themselves and their ill-gotten proceeds from the NFL's and this Court's detection including by using multiple false identities and addresses associated with their operations, as well as purposely-deceptive contact information; and

5.   To the best of the NFL's knowledge, Defendants are not infants, incompetent or in the military service of the United States; and

6.   Defendants have disregarded the Temporary Restraining Order and Preliminary Injunction; and so the Court:

HEREBY FINDS that each Defendant is liable for federal trademark counterfeiting and infringement under 15 U.S.C. §§ 1114, 1117 and cybersquatting under 15 U.S.C. § 1125(d)(1) and this Default Judgment and Permanent Injunction Order ("Permanent Injunction") is entered against each Defendant.

THEREFORE, IT IS HEREBY ORDERED that Defendants, their officers, agents servants and employees and any persons in active concert or participation with them are permanently enjoined and restrained from:

(i)      using the NFL Marks or any reproduction, counterfeit, copy or colorable imitation of the NFL Marks in connection with the distribution, advertising, offer for sale and/or sale of merchandise not the genuine products of the NFL; and

(ii)     passing off, inducing or enabling others to sell or pass off any Counterfeit Products as and for NFL Products; and

5

(iii)    shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner football jerseys, headwear, collectibles, other apparel and or other merchandise falsely bearing the NFL Marks, or any reproduction, counterfeit, copy or colorable imitation of same; and

(iv)    utilizing the Infringing Domain Names and registering any additional domain names that use or incorporate any of the NFL Marks and/or the Member Clubs' Marks; and

(v)    operating and/or hosting Defendants' Infringing Web Sites; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 15 U.S.C. § 1117(c)(2), the NFL is awarded maximum statutory damages for willful trademark counterfeiting of two million dollars and no cents ($2,000,000.00) against each Defendant for its counterfeiting of the NFL Mark "NFL" and is awarded maximum statutory damages for willful trademark counterfeiting  of two million dollars ($2,000,000.00) and no cents against each

Defendant for its counterfeiting of the NFL Mark , for a total award of statutory damages in the amount of four million dollars and no cents ($4,000,000.00) against each Defendant; and

IT IS FURTHER ORDERED that monies currently restrained in various Defendants' accounts held by PayPal, Inc. ("PayPal"), are hereby released to the NFL as partial payment of the above-mentioned damages; and

IT IS FURTHER ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power, the domain name registries, including but not limited to VeriSign, Inc., NeuStar, Inc., Affilias Limited and Public Interest Registry, and/or the individual registrars holding or listing one or more domain names used in conjunction with Defendants' Infringing Web Sites, as set forth in **Exhibit 1** attached hereto, shall, within three (3) days after

receipt of notice of this Permanent Injunction, disable and/or continue to disable the domain names used in conjunction with Defendants' Infringing Web Sites, through a registry hold or otherwise, and make them inactive and untransferable; and it is further

IT IS FURTHER ORDERED that, in accordance with 15 U.S.C. § 1116(a) and this Court's inherent equitable power, the domain name registries, including but not limited to VeriSign, Inc., NeuStar, Inc., Afilias Limited, and Public Interest Registry, and/or the individual registrars holding or listing one or more of the domain names associated with Defendants' Infringing Web Sites, shall, within thirty (30) days after receipt of notice of this Permanent Injunction, transfer the domain names associated with Defendants' Infringing Websites, including but not limited to those set forth in **Exhibit 1** attached hereto, to the NFL's ownership and control, including, *inter alia*, by changing the registrar of record to the registrar of the NFL's choosing, unless the NFL requests that such domain names be released rather than transferred; and

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, until the NFL has recovered the full payment of monies owed to them by any Defendant under this Permanent Injunction, in the event the NFL discovers new monies or accounts belonging to or controlled by any Defendant, the NFL shall have the ongoing authority to serve this Permanent Injunction on any party controlling or otherwise holding such accounts, including but not limited to PayPal or other merchant account providers, banks, payment providers, or third party processors (collectively, "Account Holder"); and

IT IS FURTHER ORDERED that Account Holder shall immediately locate and restrain all accounts belonging to or controlled by such Defendant from transferring or disposing of any money, stocks or other of such Defendant's assets, not allowing such funds to be transferred or

withdrawn by such Defendant and shall provide the NFL with the information relating to those websites and/or accounts; and

IT IS FURTHER ORDERED that after thirty (30) days following the service of this Permanent Injunction on such Defendant and Account Holder, Account Holder shall transfer all monies in the restrained accounts to the NFL, unless the Defendant has filed with the Court and served upon Plaintiffs' counsel a request that such monies be exempted from this Permanent Injunction; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) days' written notice to the Court and the NFL's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of this Permanent Injunction concerning the restriction upon transfer of such new monies or accounts belonging to or controlled by any Defendant; and

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers and its power to coerce compliance with its lawful orders, and due to Defendants' on-going proliferation of domain names for operation of their counterfeiting activities, in the event the NFL discovers any new domain names ("Newly-Detected Domains") registered or operated by any Defendant containing the NFL Marks or marks confusingly similar thereto and/or used in conjunction with the sale of Counterfeit Products, the NFL may move the Court for a supplemental order ("Supplemental Order") identifying the Newly-Detected Domains; and

IT IS FURTHER ORDERED that the domain name registries and/or the individual registrars holding and/or listing one or more of the Newly-Detected Domains, upon receiving notice of a Supplemental Order identifying Newly-Detected Domains, shall, within seven (7) days, temporarily disable any Newly-Detected Domains and make them inactive and untransferable; and

IT IS FURTHER ORDERED that after thirty (30) days following the service of such a Supplemental Order, the domain name registries and/or the individual registrars holding and/or listing one or more of the Newly-Detected Domains, shall transfer the Newly-Detected Domains to the ownership and control of the NFL including, *inter alia*, by changing the registrar of record to the registrar of the NFL's choosing, unless the Defendant has filed with the Court and served upon the NFL's counsel a request that such Newly-Detected Domains be exempted from this Permanent Injunction or unless the NFL requests that such Newly-Detected Domains be released rather than transferred; and

IT IS FURTHER ORDERED, that any Defendant may upon two (2) days' written notice to the Court and the NFL's counsel, upon proper showing, appear and move for the dissolution or modification of the provisions of the Permanent Injunction or Supplemental Order concerning the restriction upon transfer of such Newly-Detected Domains belonging to or controlled by any Defendant; and

IT IS FURTHER ORDERED that the NFL may continue to obtain discovery by providing actual notice, pursuant to subpoena or otherwise, of this Permanent Injunction to any of the following: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name

registrars, or online third-party selling platforms who have provided services for Defendants (collectively "Third Party Service Providers"); and it is further

ORDERED, that any third party providing services in connection with any Defendant and/or Defendants' Infringing Web Sites, including without limitation, banks, merchant account providers including PayPal, and Third Party Service Providers shall within fourteen (14) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

(a)     The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' websites, Infringing Domain Names and financial accounts;

(b)     Defendants' Infringing Web Sites;

(c)     The Infringing Domain Names or any domain name registered by Defendants; and

(d)     Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Western Union, or other merchant account providers, payment providers, third party processors, credit card associations (e.g., MasterCard and VISA); and it is further

IT IS FURTHER ORDERED that the bond posted by the NFL is hereby released; and

IT IS FINALLY ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Default Judgment and Permanent Injunction Order.

10

This is a FINAL JUDGMENT.

*The case is administratively closed and all motions are terminated*

SIGNED this 16th day of February 2012.

_____
THE HONORABLE KEVIN P. CASTEL

**EXHIBIT 1**
**TO THE [PROPOSED] DEFAULT JUDGMENT AND**
**PERMANENT INJUNCTION ORDER**

| Infringing Web Sites |
|---|
| 007nfljersey.com |
| 007nfljerseys.com |
| 11nfl.org |
| 1stjerseyshop.com |
| 2012cheapjerseyswholesale.com |
| 2012fashionjerseys.com |
| 20nflstore.com |
| 22jerseys.com |
| 22jerseys.net |
| 24jerseys.com |
| 38jersey.com |
| 49ersjerseys.com |
| 49ersjerseysstore.com |
| 7jerseys.com |
| 7nfljerseys.com |
| acejerseysby.com |
| anyanytrade.com |
| arizonacardinalsjerseysshop.com |
| atlantafalconjerseys.com |
| atlantafalconsjerseysstore.us |
| authentic49ersfanshop.com |
| authenticbaltimoreravens.com |
| authenticbearsfanshop.com |
| authenticbengalsjersey.com |
| authenticbengalsshop.com |
| authenticbroncosjersey.com |
| authenticbrownsjersey.com |
| authenticcardinalsjersey.com |
| authenticchargersfanshop.com |
| authentic-cheapjerseys.com |
| authenticcheapnfljerseys.com |
| authenticchiefsfanshop.com |
| authenticchiefsjerseys.com |
| authenticcoltsfanshop.com |
| authenticcoltsjerseys.com |
| authenticcowboysfanshop.com |
| authenticcowboysjersey.com |

| |
|---|
| authenticdolphinsfanshop.com |
| authenticdolphinsjerseyshop.com |
| authenticeaglesfanshop.com |
| authenticeaglesjerseys.com |
| authentic-eaglesjerseys.com |
| authenticfalconsfanshop.com |
| authenticgiantsshop.com |
| authenticjaguarsfanshop.com |
| authenticjerseyonline.com |
| authenticjerseysworld.com |
| authenticjetsfanshop.com |
| authenticjetsjerseysstore.com |
| authenticlionsfanshop.com |
| authenticlionsjerseys.com |
| authenticpackersfanshop.com |
| authenticpackersjerseysshop.com |
| authenticpackersshop.com |
| authenticpanthersfanshop.com |
| authenticpatriotsfanshop.com |
| authenticraidersfanshop.com |
| authenticraidersjersey.com |
| authenticramsfanshop.com |
| authenticravensfanshop.com |
| authenticravensjersey.com |
| authenticravensjerseysshop.com |
| authenticredskinsfanshop.com |
| authenticredskinsjerseys.com |
| authenticsaintsjerseys.com |
| authenticseahawksfanshop.com |
| authenticseahawksjerseyshop.com |
| authenticsteelersfanshop.com |
| authenticsteelersproshop.com |
| authenticsteelersstore.com |
| authenticsteelerstore.com |
| authentictexansfanshop.com |
| authentictexansjersey.com |
| authentictitansfanshop.com |
| authentictitansjerseys.com |
| authenticvikingsfanshop.com |

14

authenticvikingsjerseyshop.com

baltimore-ravens-jerseys.com

baltimore-ravens-jerseys-shop.com

baltimoreravensjerseysstore.com

baltimoreravensjerseystore.com

bearsjerseymart.com

bearsjerseysproshop.com

bearsprojerseysshop.com

bengalsjerseyproshop.com

bengalsjerseystore.com

bestnfljerseysmall.com

bmwjersey.com

bmwjerseys.com

broncosjerseysshop.com

broncosmaster.com

brownsjerseysshop.com

brownsproshop.com

buccaneerjerseysstore.com

buccaneersjerseysshop.com

buccaneersjerseysstore.com

buffalobillsjersey.com

buffalobillsjerseysshop.com

buffalobillsjerseys-shop.com

buycheapnfl-jerseys.com

buyjerseyseason.com

carolinapanthersstore.com

carolinapantherstore.com

chargerjerseys.com

chargersjerseyshop.com

cheap-authenticjerseys.com

cheapauthenticnfljerseysfromchina.com

cheapbroncosjerseys.com

Cheapcowboysjerseys.us

cheapcowboysjerseys01.com

cheapeaglesjerseys.net

cheaphockeynfljerseys.com

cheap-jersers-offer.com

cheapjerseybestseller.com

cheap-jersey-mall.com

| |
|---|
| cheapjerseyschina2012.com |
| cheapjerseyschinashop.org |
| cheapjerseysellc.us |
| cheapjerseyselloff.com |
| cheapjerseysfromchina.com |
| cheapjerseyslove.com |
| cheapjerseysone.com |
| cheapjerseysonly.com |
| cheapjerseyssale.us |
| cheap-jerseys-wholesale.com |
| cheapjerseyswholesaler.com |
| cheapjerseyswholesaler.us |
| cheapjerseyswholesales.net |
| cheapnewjerseys.us |
| cheapnfljerseys001.com |
| cheapnfljerseys2011.us |
| cheapnfljerseysfive.com |
| cheapnfljerseys-us.com |
| cheapnikenfljerseys.com |
| cheappackersjerseys.net |
| cheap-texans-jerseys.com |
| cheapusajerseys.com |
| cheapwholesalenfljerseys.net |
| cheapwholesalewindows.com |
| chicago-bears-jerseys.com |
| chicagobearsteamshop.com |
| china2jersey.com |
| chinacheapjerseyswholesale.com |
| chinacheapwholesalejerseys.com |
| chinagoodswholesalers.com |
| chinajerseyscheapwholesale.com |
| chinajerseysstore.com |
| china-jerseys-wholesale.com |
| chinajerseyswholesalecheap.com |
| chinawholesalecheapjerseys.com |
| chinawholesalejerseyscheap.com |
| cincinnatibengalsproshop.com |
| cincinnatibengalsshop.com |
| cnbrandshop.com |

| |
|---|
| coltsjerseysmart.com |
| coltsjerseysstore.com |
| Cowboysbluejersey.com |
| cowboysjerseyproshop.com |
| cowboysjerseysstore.com |
| crazyjerseyshop.net |
| customauthenticjersey.com |
| Custom-Authentic-Jerseys.com |
| customjerseys-shop.com |
| dallascowboysjersey.net |
| dallascowboysjerseystore.com |
| discountednfljerseyonline.com |
| discountednfljerseysale.com |
| discountjerseys-shop.com |
| discountjerseywholesale.com |
| eaglesauthenticjerseys.com |
| eaglesjerseymart.com |
| eaglesjerseysmart.com |
| eaglesjerseysshop.net |
| eaglesjerseysstore.net |
| eliteteamjerseys.com |
| falconsjerseyproshop.com |
| falconsjerseysmall.com |
| fanjerseysedge.com |
| fanjerseysproshop.com |
| fanjerseystore.com |
| fansfields.com |
| fansjerseysmart.com |
| fansjerseysroom.com |
| fanspackersjerseysshop.com |
| fansprostore.com |
| fanssteelersjerseys.com |
| fanssteelersjerseysshop.com |
| fanteamshop.com |
| fanzzjersey.com |
| fanzzjerseystore.com |
| footballnfljersey.org |
| giantsjerseymart.com |
| giantsjerseyproshop.com |

| |
|---|
| giantsjerseysmart.com |
| giantsjerseysproshop.com |
| giantsshopping.com |
| gonnadeal.com |
| grade-a-jersey.com |
| greenbaypackers-store.com |
| hojersey.net |
| hoteaglesjerseys.com |
| httpjerseys.com |
| inflshop.com |
| jacksonvillejaguarsstore.com |
| jersey09.com |
| jersey09sonia.com |
| jersey1922.com |
| jersey4nfl.com |
| jerseybella.com |
| jerseybing.com |
| jersey-fanatics.com |
| jerseyhotbuy.com |
| jerseys12.com |
| jerseys4.zencart-pt.com |
| jerseysb2c.com |
| Jerseyschampion.com |
| jerseyscheapchina.com |
| jerseyschinacheap.com |
| jerseyschinawholesale.com |
| jerseyscloset.com |
| jerseyscost.com |
| jerseysdiscount.us |
| jerseysdiscounted.com |
| jerseysfactory.net |
| jerseysfantastic.com |
| jerseys-from-china.com |
| jerseysfromchina.us |
| jerseyskeys.us |
| jerseys-master.com |
| jerseysns.com |
| jerseyspage.net |
| jerseyspage.org |

| |
|---|
| jerseyspo.com |
| jerseyssalecheap.com |
| jerseyssaleforcheap.com |
| jerseyssaleworld.com |
| jerseyssite4u.com |
| jerseysstyle.com |
| jerseystoocheap.com |
| jerseysuso.com |
| jerseyswonder.com |
| jerseyswww.com |
| jerseyzone2012.com |
| jetsjerseysmart.com |
| jetsshoponline.com |
| jjerseyss.com |
| kansascitychiefsstore.com |
| lionsjerseysmart.com |
| lionsjerseystore.com |
| minnesotavikingsjerseysshop.com |
| mynflshops.com |
| newenglandpatriotsjerseys.com |
| newnfl-jerseys.com |
| neworleanssaintjersey.com |
| neworleanssaintjerseys.com |
| neworleanssaintsjerseystore.com |
| newyorkgiantjersey.com |
| new-york-giants-jerseys.com |
| newyorkgiantsstore.com |
| newyorkjetsstore.com |
| nfl.us.com |
| nfl1st.com |
| nfl23.com |
| nfl49ersjersey.com |
| nfl49ersjerseysmall.com |
| nflbaltimoreravensjerseys.com |
| nflbe.com |
| nflbearmall.com |
| nflbearsmall.com |
| nflbengalsmall.com |
| nflbengalsmart.com |

| |
|---|
| nfl-best-jersey.com |
| nflcardinalsjerseystore.com |
| nflcheapjerseyss.com |
| nflcheapjerseyswholesale.org |
| nflcheappackersjerseys.com |
| nflcoltsmall.com |
| nflcoltsmart.com |
| nflcoltsproshop.com |
| nflcoltsstore.com |
| nflcome.com |
| nflcowboymall.com |
| Nflcowboysjersey.com |
| nflcustomjerseys.net |
| nfldolphinsjerseys.com |
| nfldolphinsmall.com |
| nfleaglemall.com |
| nfl-football-jersey.com |
| nflhoustontexansjersey.com |
| nfl-jersey.biz |
| nfljersey2011.org |
| nfljerseyclearance.com |
| nfljersey-estore.com |
| nfljerseys2011.org |
| nfljerseys99.com |
| nfljerseys-b2c.com |
| nfljerseyscd.com |
| nfljerseyschina1.com |
| nfljerseyschinacheap.org |
| nfljerseyschinas.com |
| nfljerseysfreeshipping.com |
| nfl-jerseysfreeshipping.com |
| nfl-jerseys-freeshipping.com |
| nfljerseysfun.com |
| nfl-jersey-shopping.com |
| nfljerseyslocker.com |
| nfljerseysnbajersey.com |
| nfljerseysonlines.com |
| nfljerseysoutlet.biz |
| nfljerseysoutlet.us |

| |
|---|
| nfljerseyssea.com |
| nfljerseysshop2.org |
| nfljerseysshop4u.com |
| nfljerseyssport.com |
| nfljerseystores.com |
| nfljerseys-wholesale.net |
| nfljerseyswholesaleauthentic.com |
| nfljerseyswholesaler.us |
| nfljetsproshop.com |
| nfl-kids-jersey.com |
| nflkingdom.com |
| nflmonster.com |
| nflmonstershop.com |
| nflnfl.us |
| nflnfljeresys.com |
| nfloutletstore.org |
| nflpackerjersey.com |
| nflpackersjerseysshop.com |
| nflpackersshop.com |
| nflpatriotsmall.com |
| nflpatriotsmart.com |
| nflpatriotsproshop.com |
| nflpatriotsstore.com |
| nfl-personalized-jerseys.com |
| nflphiaeaglesshop.com |
| nflraidersmart.com |
| nflravensjerseyshop.com |
| nflravensmall.com |
| nflravensmart.com |
| nflravensshop.com |
| nflreplica-jersey.com |
| nflreplicajerseys.org |
| nflsaintmart.com |
| nflsaintsproshop.com |
| nflseattleseahawksjersey.com |
| nflseryw.co.cc |
| nflshop.us.org |
| nflshop2c.com |
| nflshop500.us |

| |
|---|
| nflshopcheap.com |
| nflshopclub.com |
| nflshopsmall.com |
| nflsmall.com |
| nflsnapbacks.com |
| nflsteelersproshop.com |
| nflstoreus.com |
| nfl-sunday.us |
| nfltitansjerseysshop.com |
| nfltojerseys.com |
| nfluniforms.org |
| nfl-vip.com |
| nflwholesalejersey.com |
| nfl-women-jerseys.com |
| nicenflshops.com |
| nicenflshops.net |
| nicenflshops.org |
| nicenflshops.us |
| nikejerseysking.com |
| niketeamjerseys.com |
| oaklandlocker.com |
| oaklandraiderjerseys.com |
| oaklandraidersjersey.com |
| oaklandraidersjerseystore.com |
| official49erssuperbowljersey.com |
| officialbaltimoreravens.com |
| OfficialBaltimoreRavensJersey.com |
| officialbengalsproshop.com |
| officialbillsjersey.com |
| officialbillsjerseysshop.com |
| officialbroncosauthenticjerseys.com |
| officialbroncosjerseyshop.com |
| officialbroncosjerseysshop.com |
| officialbrownsjerseys.com |
| officialbruinsjerseyshop.com |
| officialbuffalobillsstore.com |
| officialchiefsjerseysshop.com |
| officialcoltsteamshop.com |
| Officialcowboysproshop.com |

| |
|---|
| officialgreenbaypackersstore.com |
| officialoaklandraidersshop.com |
| officialpackerjerseysshop.com |
| officialpackersjerseystore.com |
| officialravensjersey.com |
| officialredskinsjerseysshop.com |
| officialredskinsstore.com |
| officialsaintsjerseystore.com |
| officialsaintsteamshop.com |
| officialseahawksstore.com |
| officialseattleseahawks.com |
| officialsteelersjerseysstore.com |
| officialsteelersteamshop.com |
| officialtexansjerseysshop.com |
| officialvikingjerseysshop.com |
| officialvikingsproshop.com |
| onjerseysmall.com |
| onlinejerseyshome.com |
| onlineselljerseys.com |
| onthejersey.com |
| overjersey4u.com |
| overjerseys4u.com |
| overnflshop.com |
| packersauthenticshop.com |
| packersjerseyonline.com |
| packersjerseyonlineshop.com |
| packersjerseyproshop.com |
| packersjerseyprostore.com |
| packersjerseysprostore.com |
| packersjerseyssale.net |
| packerssuperbowljerseysmart.com |
| panthersjerseysstore.com |
| patriotsauthenticjerseys.com |
| patriots-jersey.org |
| patriotsjerseysmart.com |
| patriotsteamshop.com |
| philadelphiaeaglesjerseystore.com |
| pickcheapjerseys.us |
| pittsburghlocker.com |

| |
|---|
| pittsburghsteelerjersey.com |
| pittsburghsteelersjerseysstore.com |
| pittsburghsteelerssnapback.com |
| ravensjerseymart.com |
| ravensjerseysproshop.com |
| ravensteamproshop.com |
| redskinsjerseysproshop.com |
| reebokfootballjerseys.com |
| reebok-jerseys-estore.com |
| reebokjerseysmall.com |
| reebok-jerseys-shops.com |
| replicajerseys.us |
| replicajerseysmart.com |
| rising-jerseys.com |
| rungoodjerseys.com |
| safejerseys.com |
| saintsjerseymart.com |
| saintsjerseysmart.com |
| saintsjerseystore.com |
| salenflcheap.us |
| sandiegochargersstore.com |
| sanfrancisco49erjerseys.com |
| sanfranciscogiantsshop.com |
| sanfranciscolocker.com |
| seahawksjerseyshop.com |
| searchjerseys.com |
| seattleseahawksshop.com |
| shopauthenticjerseys.com |
| shopauthenticjerseys.us |
| shopfalconsjerseys.com |
| shopgiantsjerseys.com |
| shopingjerseys.com |
| shoping-jerseys.com |
| shopjetsjersey.com |
| shoppingpacker.com |
| shoppingravens.com |
| smart-jerseys.com |
| spendlessjerseys.com |
| sportsjerseyauthentic.com |

| |
|---|
| steelerjerseystore.com |
| steelersjerseyfanshop.com |
| steelersjerseyproshop.com |
| steelersjerseysfanshop.com |
| steelersmastershop.com |
| steelersonlinemall.com |
| steelersonlinesshop.com |
| stlouisramsstore.com |
| tampabaybuccaneersstore.com |
| teamfootballjerseys.info |
| texansjerseymall.com |
| titansjerseysshop.com |
| tombradyhat.com |
| topjerseyssupply.com |
| topnflnhl.com |
| usa-cheapjersey.com |
| usajerseys4u.com |
| usajerseystore.com |
| vikingsjerseys.net |
| vip-nfl.com |
| wholesaleauthenticjerseysmall.com |
| wholesalebrandjersey.us |
| wholesalebuywindows.com |
| wholesale-cheapjersey.com |
| wholesalecheapjerseys.net |
| wholesale-cheaps-jewelry.com |
| wholesalejerseyleague.com |
| wholesalejerseyleague.net |
| wholesalejerseyscenter.com |
| wholesalejerseyschina.us |
| wholesalejerseysclearance.com |
| wholesalejerseysfreeshipping.com |
| wholesalejerseysites.com |
| wholesalejerseysn.com |
| wholesalejerseysofficial.com |
| wholesalejerseysproshop.com |
| wholesalejerseysproshop.us |
| wholesalejewelryclub.com |
| wholesalejewelrymall.net |

| |
|---|
| wholesalenfljerseysa.com |
| wholesalepurchasejewelry.com |
| wholesaleshopjewelry.com |
| wholesalesportsjerseyschina.com |
| xingfanjerseys.com |
| yourmartstore.com |
| yoyojerseys.com |
| zzjerseys.net |